**Mavronicolas & Dee LLP**
Attorneys at Law

November 17, 2015



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-2015
```

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Lansuppe Feeder, LLC, v. Wells Fargo Bank, National Association, et al.*,
           Case No. 1:15-cv-07034 (LTS)(KNF)

Dear Judge Swain:

    We write on behalf of intervenors/cross-claimants Oxford University Bank, *et al.*, (the "Intervenors")[1] in the referenced matter, and request this Court's leave to file a reply memorandum of law of up to twenty pages in support of Intervenors' Cross-Motion for Summary Judgment (ECF NO. 36).

    Intervenors' basis for requesting leave to file a reply memorandum of law in excess of ten pages is due to the complex nature of this case, which includes a number of new issues raised by the three briefs filed in opposition to Intevenor's Cross-Motion for Summary Judgment, including whether the Issuer is exempt under two newly-raised Investment Company Act exemptions. The parties opposing Intervenors' Cross-Motion for Summary Judgment have filed three separate briefs of 10, 24 and 25 pages, and no less than six declarations with numerous exhibits.

    We cannot adequately respond to the voluminous submissions within ten pages, and we believe the Court would benefit from the additional briefing as the newly raised topics present complex issues related to the federal securities laws.

---

[1] The Intervenors are Oxford University Bank, Citizens Bank & Trust Company of Marks; Coastal Commerce Bank; Guaranty Bank and Trust Company; BankFirst Financial Services as Successor-in-Interest to Newton County Bank; The First, A National Banking Association; Copiah Bank, N.A.; PriorityOne Bank, Bank of Morton, Bank of Kilmichael, Holmes County Bank and Trust Company, First Commercial Bank, First State Bank, Holmes County Bank and Trust Company.

**Mavronicolas & Dee LLP**
**Page 2 of 2**

Wells Fargo Bank does not oppose this application and Lansuppe Feeder, LLC and Soloso CDO 2005-1 Ltd. take no position.

We thank this Honorable Court for its courtesy and consideration.

Respectfully,

/s/ Peter C. Dee
Peter C. Dee
Mavronicolas & Dee LLP

CC: All counsel of record (via ECF)

*The requested page extension is granted. DE #114 resolved.*

**SO ORDERED:**

11/19/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE