UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANSUPPE FEEDER, LLC<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 LTD.<br><br>        Defendant,<br><br>and<br><br>SOLOSO CDO 2005-1 LTD.,<br><br>        Nominal Defendant,<br><br>and<br><br>OXFORD UNIVERSITY BANK; CITIZENS BANK & TRUST COMPANY; COASTAL COMMERCE BANK; GUARANTY BANK AND TRUST COMPANY; BANKFIRST FINANCIAL SERVICES as Successor-in-Interest to Newton County Bank; THE FIRST, A NATIONAL BANKING ASSOCIATION; COPIAH BANK, NATIONAL ASSOCIATION; PRIORITYONE BANK; BANK OF MORTON; BANK OF KILMICHAEL; HOLMES COUNTY BANK AND TRUST COMPANY; FIRST COMMERCIAL BANK as Successor-in-Interest to Desoto County Bank; and FIRST STATE BANK.<br><br>        Intervenors. | Case No. 1:15-cv-07034 (LTS) |

**DECLARATION OF ALEXANDER N. BRECKINRIDGE V**

{N3129820.1}

1. My name is Alexander N. Breckinridge V. I am an attorney at Jones Walker LLP. Jones Walker is counsel of record for Intervenors, Oxford University Bank; Citizens Bank & Trust Company; Coastal Commerce Bank; Guaranty Bank and Trust Company; BankFirst Financial Services as Successor-in-Interest to Newton County Bank; The First, A National Banking Association; Copiah Bank, National Association; PriorityOne Bank; Bank of Morton; Bank of Kilmichael; Holmes County Bank and Trust Company; First Commercial Bank as Successor-in-Interest to Desoto County Bank; and First State Bank (the "Intervenors"), in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of Confidential Offering Circular for the Preferred Shares of the Soloso CDO 2005-1 Ltd., dated August 18, 2005.

3. Attached as Exhibit B are true and correct copies of a December 10, 2013 Joint Press Release titled *Final Rules to Implement the "Volcker Rule,"* issued by the Board of Governors of the Federal Reserve System, Federal Deposit Insurance Corporation, Office of the Comptroller of the Currency, Commodity Futures Trading Commission and the Securities and Exchange Commission, and a December 19, 2013 Joint Press Release titled *FAQ Regarding Collateralized Debt Obligations Backed by Trust Preferred Securities under the Final Volcker Rule,* issued by the Board of Governors of the Federal Reserve System, Federal Deposit Insurance Corporation, and Office of the Comptroller of the Currency.

4. Attached as Exhibit C is a true and correct copy of a Joint Press Release and accompanying excerpt from the Federal Register regarding the approval of an interim final rule authorizing retention of interests in and sponsorship of collateralized debt obligations backed primarily by bank-issued trust preferred securities and accompanying Non-Exclusive List of Qualified Collateralized Debt Obligations Backed Primarily by Trust Preferred Securities issued

by the Board of Governors of the Federal Reserve System, Federal Deposit Insurance Corporation, Office of the Comptroller of the Currency, Commodity Futures Trading Commission and the Securities and Exchange Commission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New Orleans, Louisiana, on November 19, 2015.

By: /s/ Alexander N. Breckinridge V<br>
ALEXANDER N. BRECKINRIDGE V