Swain, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANSUPPE FEEDER, LLC,

    Plaintiff,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 Ltd.,

    Defendant,

and

SOLOSO CDO 2005-1 LTD.,

    Nominal Defendant,

and

OXFORD UNIVERSITY BANK; CITIZENS BANK & TRUST COMPANY; COASTAL COMMERCE BANK; GUARANTY BANK AND TRUST COMPANY; BANKFIRST FINANCIAL SERVICES; THE FIRST, A NATIONAL BANKING ASSOCIATION; COPIAH BANK, NATIONAL ASSOCIATION; AND PRIORITYONE BANK,

    Intervenors.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/15
```

Case No. 1:15-CV-07034 (LTS)

## STIPULATION TO EXTEND
## DEADLINE TO ANSWER THE CROSS-COMPLAINT

**WHEREAS**, Plaintiff Lansuppe Feeder, LLC ("Plaintiff") served its complaint ("Complaint") in the above-captioned matter upon Defendant Wells Fargo Bank, National Association, as Trustee for Soloso CDO 2005-1 Ltd., and Defendant Soloso CDO 2005-1 Ltd. ("Defendants") on September 8, 2015 [Dkt. No. 1];

**WHEREAS**, Plaintiff filed a motion for summary judgment by order to show cause on September 11, 2015 [Dkt. No. 3];

**WHEREAS**, Oxford University Bank, Citizens Bank & Trust Company, Coastal Commerce Bank, Guaranty Bank and Trust Company, BankFirst Financial Services as successor-in-interest to Newton County Bank, The First, A National Banking Association, Copiah Bank, National Association, and PriorityOne Bank (the "Initial New York Intervenors") filed a motion to intervene as well as a cross-motion for summary judgment (the "Cross-Motion") on October 5, 2015 [Dkt. No. 33];

**WHEREAS**, Bank of Morton, Bank of Kilmichael, Holmes County Bank and Trust Company, First Commercial Bank and First State Bank filed their own motion to intervene on October 23, 2015 [Dkt. No. 87];

**WHEREAS**, the Plaintiff consented to an extension of Defendants' time to answer or otherwise respond to Plaintiff's Complaint to coincide with the date set by the Court for Cross-Defendants' response to the aforementioned intervenors' Cross-Claims [Dkt. No. 97];

**WHEREAS**, the Court ordered that the Initial New York Intervenors file their Answer and Cross-Claims by November 4, 2015, and that the Cross-Defendants file responses to Intervenors' Cross-Claims in accordance with the Federal Rules of Civil Procedure 12(a)(1)(B) and 6(d) [Dkt. No 98];

**WHEREAS**, the aforementioned intervenors filed their Answer and Cross-Claim on November 4, 2015 [Dkt. No 99];

**WHEREAS**, the Court has not yet ruled on the Cross-Motion;

**WHEREAS**, the aforementioned intervenors have consented to allowing Cross-Defendants an extension to answer or otherwise respond to their Cross-Claim until after the Cross-Motion has been decided; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that deadline to answer or otherwise respond to Plaintiff's Complaint and the intervenors' Cross-Claim is extended to until fifteen days after the Court rules on the Cross-Motion.

Dated: New York, New York
November 19, 2015

| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: _____<br>Jonathan E. Pickhardt<br>Andrew S. Corkhill<br>Blair A. Adams<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>blairadams@quinnemanuel.com<br><br>*Counsel for Plaintiff Lansuppe Feeder, LLC* | WOLLMUTH MAHER & DEUSTCH LLP<br><br>By: _____<br>Randall R. Rainer, Esq. (RR6308)<br>Christopher J. Lucht (CL 9162)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone (212) 382-3300<br>Facsimile (212) 382-0050<br>rrainer@wmd-law.com<br><br>*Attorneys for Soloso CDO 2005-1 Ltd.* |
|---|---|
| ALSTON & BIRD, LLP<br><br>By: _____<br>Michael E. Johnson<br>Louis A. Russo<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400 (telephone)<br>(212) 210-9444 (facsimile)<br>michael.johnson@alston.com<br>louis.russo@alston.com<br><br>Sheila Shah (admitted *pro hac vice*) | MAVRONICOLAS & DEE LLP<br><br>By: _____<br>Peter C. Dee<br>Gregori D. Mavronicolas<br>415 Madison Avenue, 18th Floor<br>New York, New York 10017<br>Telephone: (646) 770-1256<br>Facsimile: (866) 774.9005<br>pdee@mavrolaw.com<br>gmavronicolas@mavrolaw.com<br><br>*and* |

| | |
|---|---|
| 333 South Hope Street, 16th Floor<br>Los Angeles, California 90071-1410<br>(213) 576-1000 (telephone)<br>(213) 576-1100 (facsimile)<br>sheila.shah@alston.com<br><br>*Counsel for Defendant Wells Fargo Bank,*<br>*National Association, as Trustee for Soloso CDO*<br>*2005-1 Ltd.* | Robert B. Bieck, Jr. (*Pro Hac Vice*)<br>Alexander N. Breckinridge, V (*Pro Hac Vice*)<br>JONES WALKER LLP<br>201 St. Charles Avenue, Suite 4900<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-8202<br>Facsimile: (504) 589-8202<br>rbieck@joneswalker.com<br>abreckinridge@joneswalker.com<br><br>Kaytie M. Pickett (*Pro Hac Vice*)<br>JONES WALKER LLP<br>190 East Capitol Street, Suite 800 (39201)<br>Post Office Box 427<br>Jackson, Mississippi 39205-0427<br>Telephone: (601) 949-4900<br>Telecopy: (601) 949-4804<br>kpickett@joneswalker.com<br><br>*Attorneys for Proposed Intervenors Oxford*<br>*University Bank; Citizens Bank & Trust*<br>*Company; Coastal Commerce Bank; Guaranty*<br>*Bank and Trust Company; BankFirst Financial*<br>*Services as Successor-in-Interest to Newton*<br>*County Bank; The First, A National Banking*<br>*Association; Copiah Bank, National*<br>*Association; and PriorityOne Bank* |

**SO ORDERED:**

_____ 11/23/15
U.S.D.J.