UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANSUPPE FEEDER, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 Ltd.,<br><br>        Defendant,<br><br>  and<br><br>SOLOSO CDO 2005-1 LTD.,<br><br>        Nominal Defendant,<br><br>  and<br><br>OXFORD UNIVERSITY BANK; CITIZENS BANK & TRUST COMPANY; COASTAL COMMERCE BANK; GUARANTY BANK AND TRUST COMPANY; BANKFIRST FINANCIAL SERVICES; THE FIRST, A NATIONAL BANKING ASSOCIATION; COPIAH BANK, NATIONAL ASSOCIATION; & PRIORITYONE BANK,<br><br>        Intervenors. | Case No. 1:15-cv-07034 (LTS) (KNF) |

**SUPPLEMENTAL DECLARATION OF RANDALL R. RAINER IN SUPPORT OF SOLOSO CDO 2005-1 LTD.'S SUR-REPLY IN OPPOSITION TO INTERVENORS' <u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

I, Randall R. Rainer, declare as follows:

1. I am an attorney at Wollmuth Maher & Deutsch LLP, and counsel of record for Nominal Defendant Soloso CDO 2005-1 Ltd. ("Soloso" or the "Issuer") in this action. I respectfully submit this Declaration in support of the Issuer's sur-reply memorandum of law in opposition to the Intervenors' cross-motion for summary judgment. The information herein is based upon my personal knowledge or my review of my Firm's files for this action.

2. Annexed hereto as Exhibit A is a true and correct copy of the Final Offering Circular for the Preferred Shares of Soloso CDO 2005-1 Ltd., dated August 18, 2005.

3. Annexed hereto as Exhibit B is a true and correct copy of the Security and Exchange Commission's no-action letter entitled, "Response of the Office of Chief Counsel, Division of Investment Management, Ref. No. 93-523-CC, Brown & Wood, File No. 132-3," dated February 24, 1994, which was obtained from the SEC's website at http://www.sec.gov/divisions/investment/noaction/1994/brownwood 022494.pdf (site last visited on December 12, 2015).

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 10, 2015

                                                   */s/ Randall R. Rainer*
                                                   Randall R. Rainer, Esq.