**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7115**

WRITER'S INTERNET ADDRESS
**jonpickhardt@quinnemanuel.com**

December 18, 2015

**VIA ECF AND FACSIMILE**
**(212) 805-0426**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Lansuppe Feeder, LLC v. Wells Fargo Bank, National Association*, No. 1:15-cv-07034 (LTS)(KNF)

Dear Judge Swain:

We write on behalf of Plaintiff Lansuppe Feeder, LLC ("Lansuppe") to oppose the request by the intervenor defendants ("Intervenors") to submit a sur-sur-reply in further support of their motion for summary judgment. As an initial matter, the Intervenors have provided no legitimate basis upon which to submit a sur-sur-reply. There have already been 12 briefs filed in respect of the parties' cross-motions for summary judgment and all of the issues have been fully presented. In particular, each of the sur-replies submitted by Lansuppe and Soloso CDO 2005-1 Ltd. ("Soloso") were strictly limited to addressing arguments that were raised by the Intervenors for the first time in their reply brief and no further briefing on those arguments is necessary. Lansuppe also does not believe that oral argument on the motions is warranted in light of the extensive briefing and the oral argument already presented to the Court on October 20, 2015.

In addition, any more briefing or oral argument risks causing yet further delay to the resolution of this matter. In compliance with the Court's order dated October 26, 2015, there were two auctions of Soloso's collateral securities on December 9 and 16, which generated proceeds of approximately $20,000,000 that are currently being held by the Trustee pursuant to the order.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Hon. Laura Taylor Swain
December 18, 2015

There are additional auctions scheduled for January 14, 21, and 28, at which time it is expected that the entirety of Soloso's assets will have been liquidated.

Respectfully submitted,

*/s/ Jonathan E. Pickhardt*

Jonathan E. Pickhardt