UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANSUPPE FEEDER, LLC,

    Plaintiff,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Soloso CDO 2005-1 Ltd.,

    Defendant,

and

SOLOSO CDO 2005-1 LTD.,

    Nominal Defendant,

and

OXFORD UNIVERSITY BANK; CITIZENS BANK & TRUST COMPANY; COASTAL COMMERCE BANK; GUARANTY BANK AND TRUST COMPANY; BANKFIRST FINANCIAL SERVICES; THE FIRST, A NATIONAL BANKING ASSOCIATION; COPIAH BANK, NATIONAL ASSOCIATION; AND PRIORITYONE BANK,

    Intervenors.

Case No. 1:15-CV-07034 (LTS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-2016

## STIPULATION TO ADJOURN PRE-TRIAL CONFERENCE

**WHEREAS**, Plaintiff Lansuppe Feeder, LLC ("Plaintiff") served its complaint ("Complaint") in the above-captioned matter upon Defendant Wells Fargo Bank, National Association, as Trustee for Soloso CDO 2005-1 Ltd., and Defendant Soloso CDO 2005-1 Ltd. ("Defendants") on September 8, 2015 [Dkt. No. 1];

**WHEREAS**, Plaintiff filed a motion for summary judgment by order to show cause on September 11, 2015 ("Plaintiff's Summary Judgment Motion") [Dkt. No. 3];

**WHEREAS**, Oxford University Bank, Citizens Bank & Trust Company, Coastal Commerce Bank, Guaranty Bank and Trust Company, BankFirst Financial Services as successor-in-interest to Newton County Bank, The First, A National Banking Association, Copiah Bank, National Association, and PriorityOne Bank filed a motion to intervene as well as a cross-motion for summary judgment (the "Cross- Motion") on October 5, 2015 [Dkt. No. 33];

**WHEREAS**, Bank of Morton, Bank of Kilmichael, Holmes County Bank and Trust Company, First Commercial Bank and First State Bank filed their own motion to intervene on October 23, 2015 [Dkt. No. 87];

**WHEREAS**, briefing on the Cross-Motion and Plaintiff's Summary Judgment Motion is now fully submitted [Dkt. No. 130];

**WHEREAS**, the Court has not yet ruled on the Cross-Motion or certain issues outstanding in Plaintiff's Summary Judgment Motion;

**WHEREAS**, the Court issued an Initial Conference Order on October 8, 2015, scheduling a pre-trial conference on January 22, 2016 at 11:30 a.m. in Courtroom No. 12D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007 [Dkt. No. 60];

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the pre-trial conference scheduled for January 22, 2016 is hereby adjourned until 30 days after the

Court's decision on the Cross-Motion and certain issues outstanding on Plaintiff's Summary Judgment Motion, or such other date thereafter as may suit the Court.

Dated: New York, New York
December 30, 2015

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUSTCH LLP |
|---|---|
| By: /s/ Blair Adams<br>Jonathan E. Pickhardt<br>Andrew S. Corkhill<br>Blair A. Adams<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>blairadams@quinnemanuel.com<br><br>*Counsel for Plaintiff Lansuppe Feeder, LLC* | By: /s/<br>Randall K. Rainer, Esq. (RR6308)<br>Christopher J. Lucht (CL 9162)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone (212) 382-3300<br>Facsimile (212) 382-0050<br>rrainer@wmd-law.com<br><br>*Counsel for Soloso CDO 2005-1 Ltd.* |
| **ALSTON & BIRD, LLP** | **MAVRONICOLAS & DEE LLP** |
| By: _____<br>Michael E. Johnson<br>Louis A. Russo<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400 (telephone)<br>(212) 210-9444 (facsimile)<br>michael.johnson@alston.com<br>louis.russo@alston.com<br><br>Sheila Shah (admitted *pro hac vice*)<br>333 South Hope Street, 16th Floor<br>Los Angeles, California 90071-1410<br>sheila.shah@alston.com<br><br>*Counsel for Defendant Wells Fargo Bank, National Association, as Trustee for Soloso CDO 2005-1 Ltd.* | By: _____<br>Peter C. Dee<br>Gregori D. Mavronicolas<br>415 Madison Avenue, 18th Floor<br>New York, New York 10017<br>Telephone: (646) 770-1256<br>Facsimile: (866) 774-9005<br>pdee@mavrolaw.com<br>gmavronicolas@mavrolaw.com<br><br>*and*<br><br>Robert B. Bieck, Jr. (*Pro Hac Vice*)<br>Alexander N. Breckinridge, V (*Pro Hac Vice*)<br>**JONES WALKER LLP**<br>201 St. Charles Avenue, Suite 4900<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-8202<br>Facsimile: (504) 589-8202 |

Court's decision on the Cross-Motion and certain issues outstanding on Plaintiff's Summary Judgment Motion, or such other date thereafter as may suit the Court.

Dated: New York, New York
December 30, 2015

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUSTCH LLP |
|---|---|
| By: _____<br>Jonathan E. Pickhardt<br>Andrew S. Corkhill<br>Blair A. Adams<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>blairadams@quinnemanuel.com<br><br>*Counsel for Plaintiff Lansuppe Feeder, LLC* | By: _____<br>Randall R. Rainer, Esq. (RR6308)<br>Christopher J. Lucht (CL 9162)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone (212) 382-3300<br>Facsimile (212) 382-0050<br>rrainer@wmd-law.com<br><br>*Counsel for Soloso CDO 2005-1 Ltd.* |
| **ALSTON & BIRD, LLP**<br><br>By: /s/ Michael E. Johnson<br>Michael E. Johnson<br>Louis A. Russo<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400 (telephone)<br>(212) 210-9444 (facsimile)<br>michael.johnson@alston.com<br>louis.russo@alston.com<br><br>Sheila Shah (admitted *pro hac vice*)<br>333 South Hope Street, 16th Floor<br>Los Angeles, California 90071-1410<br>sheila.shah@alston.com<br><br>*Counsel for Defendant Wells Fargo Bank, National Association, as Trustee for Soloso CDO 2005-1 Ltd.* | **MAVRONICOLAS & DEE LLP**<br><br>By: _____<br>Peter C. Dee<br>Gregori D. Mavronicolas<br>415 Madison Avenue, 18th Floor<br>New York, New York 10017<br>Telephone: (646) 770-1256<br>Facsimile: (866) 774-9005<br>pdee@mavrolaw.com<br>gmavronicolas@mavrolaw.com<br><br>*and*<br><br>Robert B. Bieck, Jr. (*Pro Hac Vice*)<br>Alexander N. Breckinridge, V (*Pro Hac Vice*)<br>**JONES WALKER LLP**<br>201 St. Charles Avenue, Suite 4900<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-8202<br>Facsimile: (504) 589-8202 |

3

Court's decision on the Cross-Motion and certain issues outstanding on Plaintiff's Summary Judgment Motion, or such other date thereafter as may suit the Court.

Dated: New York, New York
December 30, 2015

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUSTCH LLP |
|---|---|
| By: _____<br>Jonathan E. Pickhardt<br>Andrew S. Corkhill<br>Blair A. Adams<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>blairadams@quinnemanuel.com<br><br>*Counsel for Plaintiff Lansuppe Feeder, LLC* | By: _____<br>Randall R. Rainer, Esq. (RR6308)<br>Christopher J. Lucht (CL 9162)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone (212) 382-3300<br>Facsimile (212) 382-0050<br>rrainer@wmd-law.com<br><br>*Counsel for Soloso CDO 2005-1 Ltd.* |

| ALSTON & BIRD, LLP | MAVRONICOLAS & DEE LLP |
|---|---|
| By: _____<br>Michael E. Johnson<br>Louis A. Russo<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400 (telephone)<br>(212) 210-9444 (facsimile)<br>michael.johnson@alston.com<br>louis.russo@alston.com<br><br>Sheila Shah (admitted *pro hac vice*)<br>333 South Hope Street, 16th Floor<br>Los Angeles, California 90071-1410<br>sheila.shah@alston.com<br><br>*Counsel for Defendant Wells Fargo Bank, National Association, as Trustee for Soloso CDO 2005-1 Ltd.* | By: /s/ _____<br>Peter C. Dee<br>Gregori D. Mavronicolas<br>415 Madison Avenue, 18th Floor<br>New York, New York 10017<br>Telephone: (646) 770-1256<br>Facsimile: (866) 774-9005<br>pdee@mavrolaw.com<br>gmavronicolas@mavrolaw.com<br><br>*and*<br><br>Robert B. Bieck, Jr. (*Pro Hac Vice*)<br>Alexander N. Breckinridge, V (*Pro Hac Vice*)<br>**JONES WALKER LLP**<br>201 St. Charles Avenue, Suite 4900<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-8202<br>Facsimile: (504) 589-8202 |

|  | rbieck@joneswalker.com<br>abreckinridge@joneswalker.com<br><br>Kaytie M. Pickett (*Pro Hac Vice*)<br>**JONES WALKER LLP**<br>190 East Capitol Street, Suite 800 (39201)<br>Post Office Box 427<br>Jackson, Mississippi 39205-0427<br>Telephone: (601) 949-4900<br>Telecopy: (601) 949-4804<br>kpickett@joneswalker.com<br><br>*Counsel for Proposed Intervenors Oxford University Bank; Citizens Bank & Trust Company; Coastal Commerce Bank; Guaranty Bank and Trust Company; BankFirst Financial Services as Successor-in-Interest to Newton County Bank; The First, A National Banking Association; Copiah Bank, National Association; and PriorityOne Bank* |
|---|---|

The conference is adjourned to April 1, 2016, at 10:00AM
SO ORDERED:

_____ 1/4/2016
U.S.D.J.

tmc

4