**MANDATE**

N.Y.S.D. Case #
15-cv-7034(LTS)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand and nineteen.

Before:    Pierre N. Leval,
           Peter W. Hall,
                *Circuit Judges,*
           Colleen McMahon
                *District Judge.**

_____

| | |
|---|---|
| Oxford University Bank, Citizens Bank & Trust Company of Marks, Coastal Commerce Bank, Guaranty Bank and Trust Company, BankFirst Financial Services, as Successor-in-Interest to Newton County Bank, The First, A National Banking Association, Copiah Bank, N.A., PriorityOne Bank, Bank of Morton, Bank of Kilmichael, First Commercial Bank, First State Bank, | **JUDGMENT**<br><br>Docket No. 16-4061 |

       Intervenors - Cross-Claimants - Appellants,

Holmes County Bank and Trust Company,

       Intervenor - Cross-Claimant,

Wells Fargo Bank, National Association, as trustee for Soloso CDO 2005-1 Ltd., Soloso CDO 2005-1 Ltd.,

       Defendants - Cross-Defendants,

v.

Lansuppe Feeder, LLC,

       Plaintiff - Appellee.
_____

The appeal in the above captioned case from a judgement of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

_____
*Chief Judge Colleen McMahon, United States District Court for the Southern District of New York, sitting by designation

**MANDATE ISSUED ON 08/26/2019**

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit